

STATE OF NEW YORK
OFFICE OF THE ATTORNEY GENERAL

ANDREW M. CUOMO
ATTORNEY GENERAL

LESLIE LEACH
DEPUTY ATTORNEY GENERAL
STATE COUNSEL DIVISION

JUNE DUFFY
ASSISTANT ATTORNEY GENERAL IN CHARGE
LITIGATION BUREAU

July 31, 2007

**VIA FAX**
Honorable Richard J. Holwell
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/9/07
```

Re:   Carroll v. Pacheco, et al., 07-CV-3765

Dear Judge Holwell:

    I represent the defendants in the above-referenced action and in accordance with Your Honor's local rule 3(A), I am writing to request a pre-motion conference as defendants intend to file a motion to dismiss in lieu of an answer; defendants' motion is presently due on August 10, 2007.

    The sole claim in plaintiff's *pro se* complaint is a use of force claim; specifically that two corrections officers at Sing Sing Correctional Facility assaulted plaintiff. I intend to move to dismiss for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a). "Failure to exhaust is an absolute bar to an inmate's action in federal court: '[section] 1997e(a) *requires* exhaustion of available administrative remedies *before* inmate-plaintiffs may bring their federal claims to court *at all*.'" George v. Morrison, 2007 U.S. Dist. LEXIS 42640, *9 at *10 (S.D.N.Y. 2007) (dismissing inmate plaintiff's § 1983 claims for failure to exhaust) (*quoting* Neal v. Goord, 267 F.3d 116, 122 (2d Cir. 2001) (emphasis in original)). "Because the plain language of section 1997e(a) states 'no action shall be brought,' an inmate must have exhausted his claims at the time of the initial filing, given that '[s]ubsequent exhaustion after suit is filed…is insufficient.'" George, 2007 U.S. Dist. LEXIS 42640 at *10. In this case, the plaintiff did not wait until his administrative remedies were exhausted before bringing this action thus necessitating a dismissal pursuant to 42 U.S.C. § 1997e(a).

Wherefore a pre-motion conference with the Court is respectfully requested in order that I may file a motion to dismiss in this case. To the extent that the Court will permit a motion without such a conference, defendants respectfully request that August 10, 2007 be the date of service of the motion to dismiss.

Respectfully submitted,

Kevin R. Harkins
Assistant Attorney General
120 Broadway
24th Floor
New York, New York 10271
(212) 416-6551
kevin.harkins@oag.state.ny.us

cc: **VIA FAX**
Honorable Andrew J. Peck
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**VIA FIRST CLASS MAIL**
Kevin Carroll, 06A3682
Sing Sing Correctional Facility
354 Hunter Street
Ossining, New York 10562

*[Handwritten:]* Application Granted. A pre-motion conference shall not be required. Defendants shall file their motion by August 31, 2007. Plaintiff shall respond by September 28, 2007. Any reply shall be filed by October 12, 2007.

SO ORDERED

*[signature]*
USDJ
8/8/07