UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

KEVIN CARROLL,

                                        Plaintiff,    **NOTICE OF APPEARANCE**

           -against-

PACHECO, ET AL,                                 Docket No. 07cv3765

                                   Defendants.

------------------------------------------------------------- x

To the Clerk of this court and all parties of record:

Enter my appearance as counsel for the plaintiff in this case for Cynthia Conti-Cook, Esq. I certify that I am admitted to practice in this court.

August 15, 2007

By: Cynthia Conti-Cook
Bar #CC0778
Stoll & Glickman, L.L.P.
71 Nevins Street
Brooklyn, NY 11217
718.852.3710
F: 718.852.3586