UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

KEVIN CARROLL,

                                        Plaintiff,    STIPULATION TO DISMISS
       -against-                               WITHOUT PREJUDICE

OFFICER G. PACHECO, et al.,

                              Defendants.    Docket No. 07cv3765

------------------------------------------------------------- x

On August 21, 2007, the parties have agreed that plaintiff will withdraw his complaint without prejudice.

*(signature)*

Kevin Harkins
Assistant Attorney General
120 Broadway
New York, NY 10271
(212) 416-6551
(212) 416-6075
Kevin.harkins@oag.state.ny.us

*(signature)*

Cynthia Conti-Cook, CC0778
Associate, Stoll, Glickman & Bellina, LLP
71 Nevins Street
Brooklyn, NY 11217
(718) 852-3710
(718) 852-3586 (fax)
cconti-cook@stollglickman.com