08/21/2007 14:53 IFAX astoll3nyc rr com → CYNTHIA.CONTI-CO ☒001/001
P.02

Holwell, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x

KEVIN CARROLL,

                                     Plaintiff,    STIPULATION TO DISMISS
                                                           WITHOUT PREJUDICE
          -against-

OFFICER G. PACHECO, et al,
                                     Defendants.   Docket No. 07cv3765 (JH)

------------------------------------------------------------ x

On August 21, 2007, the parties have agreed that plaintiff will withdraw his complaint without prejudice.

_____
Kevin Harkins
Assistant Attorney General
120 Broadway
New York, NY 10271
(212) 416-6551
(212) 416-6075
Kevin.harkins@oag.state.ny.us

_____
Cynthia Conti-Cook, CC0778
Associate, Stoll, Glickman & Bellina, LLP
71 Nevins Street
Brooklyn, NY 11217
(718) 852-3710
(718) 852-3586 (fax)
cconti-cook@stollglickman.com

CHAMBERS OF
RICHARD J. HOLWELL

RECEIVED AUG 23 2007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/5/07

SO ORDERED:

_____
USDJ