AUG-29-2007 13:27       NYS       P.02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- x

KEVIN CARROLL,

                              Plaintiff,    STIPULATION TO DISMISS
                                                 WITHOUT PREJUDICE

    -against-

OFFICER G. PACHECO, et al,
                                        Defendants.    Docket No. 07cv3765 (RSH)

-------------------------------------------------------------- x

On August 21, 2007, the parties have agreed that plaintiff will withdraw his complaint without prejudice.

*[signature]*
Kevin Harkins
Assistant Attorney General
120 Broadway
New York, NY 10271
(212) 416-6551
(212) 416-6075
kevin.harkins@oag.state.ny.us

*[signature]*
Cynthia Conti-Cook, CC0778
Associate, Stoll, Glickman & Bellina, LLP
71 Nevins Street
Brooklyn, NY 11217
(718) 852-3710
(718) 852-3586 (fax)
cconti-cook@stollglickman.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/7/07

SO ORDERED.
*[signature]*
9/7/07

TOTAL P.02